In the Matter of Grade Crossings in the CITY OF BATAVIA.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Argued November 28, 1939; decided December 28, 1939.

*Howard R. Sturtevant, C. C. Handy* and *John E. Leach* for appellant.

*Raymond J. McVeigh* and *Gay H. Brown* for Public Service Commission, respondent.

*William H. Coon, City Attorney (Albert J. Waterman* of counsel), for City of Batavia, respondent.

In each proceeding: Order affirmed, without costs; no opinion. (See 282 N. Y. 679.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.